# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** 21-47649 | | | **Trustee Name:** | Douglas S. Ellmann |
| **Case Name:** DGPP, INC | | | **Date Filed (f) or Converted (c):** | 09/24/2021 (f) |
| **For the Period Ending:** 09/30/2022 | | | **§341(a) Meeting Date:** | 10/21/2021 |
| | | | **Claims Bar Date:** | 02/28/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Genisys Credit Union - Business Checking | $0.00 | $0.00 | | $0.00 | FA |
| 2  Office equipment, including all computer equipment and communication systems equipment and software Computers, GPS system, Fed Ex Scanners, Scanners | $15,000.00 | $15,000.00 | | $0.00 | FA |
| 3  2017 GMC Savana | $39,000.00 | N/A | | $17,500.00 | FA |
| 4  2017 GMC Savana | $36,000.00 | $16,500.00 | | $16,500.00 | FA |
| 5  2021 Ford E-450 | $56,000.00 | $0.00 | | $33,000.00 | FA |
| 6  2018 Freightliner | $64,000.00 | $0.00 | | $38,000.00 | FA |
| 7  2019 Freightliner | $65,000.00 | $0.00 | | $0.00 | FA |
| 8  2019 Ford E-450 | $52,000.00 | $0.00 | | $0.00 | FA |
| 9  2019 Ford E-450 | $51,000.00 | $0.00 | | $0.00 | FA |
| 10  2019 Ford E-450 | $52,000.00 | $0.00 | | $0.00 | FA |
| 11  2015 GMC Box Truck- needs engine, needs repairs | Unknown | $0.00 | | $0.00 | FA |
| 12  2015 Cheverolet Express G3500 Van | $7,000.00 | $7,000.00 | | $7,000.00 | FA |
| 13  potential voidable conveyances (u) | $20,000.00 | $20,000.00 | | $0.00 | $20,000.00 |
| **TOTALS (Excluding unknown value)** | $457,000.00 | $58,500.00 | | $112,000.00 | **Gross Value of Remaining Asset** $20,000.00 |

**Major Activities affecting case closing:**

09/14/2022  chapter 5 causes of action investigation
04/06/2022  investigate possible Chapter 5 causes of action

**Initial Projected Date Of Final Report (TFR):** 09/24/2024    **Current Projected Date Of Final Report (TFR):** 09/24/2024    /s/ DOUGLAS S. ELLMANN
                                                                                                                                                                                        DOUGLAS S. ELLMANN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 21-47649 | | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|---|
| Case Name: | DGPP, INC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3937 | | Checking Acct #: | ******0182 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/02/2021 | (3) | McGuire Express Inc. | Sale of Vehicle P/O 11/17/21 | 1129-000 | $17,500.00 | | $17,500.00 |
| 12/02/2021 | (4) | McGuire Express Inc. | Sale of Vehicle P/O 11/17/21 | 1129-000 | $16,500.00 | | $34,000.00 |
| 12/02/2021 | (12) | McGuire Express Inc. | Sale of Vehicle P/O 11/17/21 | 1129-000 | $7,000.00 | | $41,000.00 |
| 12/02/2021 | 3001 | Ally Financial | Payoff of Lein on Vehicle P/O 11/17/21 | 2990-000 | | $13,254.00 | $27,746.00 |
| 12/02/2021 | 3002 | Ally Financial | Payoff Of Lein On Vehicle P/O 11/17/21 | 2990-000 | | $12,667.55 | $15,078.45 |
| 12/13/2021 | (6) | Credit Union One | Sale of the 2018 Freightliner P/O 12/1/21 Chassis Van | 1129-000 | $38,000.00 | | $53,078.45 |
| 12/30/2021 | | DOUGLAS S. ELLMANN | Funds Transferred to New Trustee | 2600-000 | | $27,156.90 | $25,921.55 |
| 12/31/2021 | | Pinnacle Bank | Service Charge | 2600-000 | | $81.87 | $25,839.68 |
| 01/01/2022 | | Doug Ellmann, Sucessor Trustee | Transfer of funds to Successor Trustee | 9999-000 | | $25,839.68 | $0.00 |
| 01/04/2022 | 3003 | Allegiant Partners Inc. | sale of 2018 Freightliner per court order 12/1/21 | 4210-000 | | $33,000.00 | ($33,000.00) |
| 01/04/2022 | 3003 | VOID: Allegiant Partners Inc. | void | 4210-003 | | ($33,000.00) | $0.00 |
| | | | | SUBTOTALS | $79,000.00 | $79,000.00 | |

21-47649-mlo    Doc 103    Filed 10/07/22    Entered 10/07/22 10:46:41    Page 2 of 6

| | |   | | |
|---|---|---|---|---|
| Case No. | 21-47649 | | Trustee Name: | Douglas S. Ellmann |
| Case Name: | DGPP, INC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3937 | | Checking Acct #: | ******0182 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $79,000.00 | $79,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $25,839.68 | |
| | | | Subtotal | | $79,000.00 | $53,160.32 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $79,000.00 | $53,160.32 | |

| For the period of 10/01/2021 to 09/30/2022 | | For the entire history of the account between 11/29/2021 to 9/30/2022 | |
|---|---|---|---|
| Total Compensable Receipts: | $79,000.00 | Total Compensable Receipts: | $79,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $79,000.00 | Total Comp/Non Comp Receipts: | $79,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $26,003.42 | Total Compensable Disbursements: | $26,003.42 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $26,003.42 | Total Comp/Non Comp Disbursements: | $26,003.42 |
| Total Internal/Transfer Disbursements: | $52,996.58 | Total Internal/Transfer Disbursements: | $52,996.58 |

| Case No. | 21-47649 | | Trustee Name: | Douglas S. Ellmann |
|---|---|---|---|---|
| Case Name: | DGPP, INC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3937 | | Checking Acct #: | ******0166 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/30/2021 | | Fred Dery | Funds Transferred to New Trustee | 9999-00 | $27,156.90 | | $27,156.90 |
| 01/07/2022 | | Fred Dery | Funds Transferred to New Trustee | 9999-000 | $25,839.68 | | $52,996.58 |
| 01/08/2022 | (5) | Vanderluct Delivery Inc. | sale of 2021 Ford E 450 WB Truck per ct order 12/15/21 | 1129-000 | $33,000.00 | | $85,996.58 |
| 01/10/2022 | 1001 | Allegiant Partners Inc. | sale of 2018 Freightliner per court order 12/1/21 | 4210-000 | | $33,000.00 | $52,996.58 |
| 01/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $80.14 | $52,916.44 |
| 02/16/2022 | | Ally | receivable re overpayment made to Ally for payoff of secure claim | 2990-000 | | ($9.00) | $52,925.44 |
| 02/28/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $71.04 | $52,854.40 |
| 03/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $78.56 | $52,775.84 |
| 04/05/2022 | | Ally | receivable | 2990-000 | | ($8.60) | $52,784.44 |
| 04/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $75.92 | $52,708.52 |
| 05/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $78.34 | $52,630.18 |
| 06/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $75.70 | $52,554.48 |
| 06/30/2022 | 1002 | Mueller & Co. | Trustee accountant fees ct order 6/29/22 | 3410-000 | | $1,804.00 | $50,750.48 |
| 07/29/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $76.47 | $50,674.01 |
| 08/31/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $75.32 | $50,598.69 |
| 09/30/2022 | | Pinnacle Bank | Service Charge | 2600-000 | | $72.78 | $50,525.91 |
| | | | | SUBTOTALS | $85,996.58 | $35,470.67 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 4

| | |  | | |
|---|---|---|---|---|
| Case No. | 21-47649 | | Trustee Name: | Douglas S. Ellmann |
| Case Name: | DGPP, INC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3937 | | Checking Acct #: | ******0166 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/01/2021 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2022 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $85,996.58 | $35,470.67 | $50,525.91 |
| | | | Less: Bank transfers/CDs | | $52,996.58 | $0.00 | |
| | | | Subtotal | | $33,000.00 | $35,470.67 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $33,000.00 | $35,470.67 | |

**For the period of 10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $33,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $33,000.00 |
| Total Internal/Transfer Receipts: | $52,996.58 |
| | |
| Total Compensable Disbursements: | $35,470.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $35,470.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/22/2021 to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $33,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $33,000.00 |
| Total Internal/Transfer Receipts: | $52,996.58 |
| | |
| Total Compensable Disbursements: | $35,470.67 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $35,470.67 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 5

| | | |
|---|---|---|
| **Case No.** | 21-47649 | **Trustee Name:** Douglas S. Ellmann |
| **Case Name:** | DGPP, INC | **Bank Name:** Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***3937 | **Checking Acct #:** ******0166 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 10/01/2021 | **Blanket bond (per case limit):** $2,000,000.00 |
| **For Period Ending:** | 09/30/2022 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $112,000.00 | $88,630.99 | $50,525.91 |

**For the period of 10/01/2021 to 09/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $112,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $112,000.00 |
| Total Internal/Transfer Receipts: | $52,996.58 |
| | |
| Total Compensable Disbursements: | $61,474.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61,474.09 |
| Total Internal/Transfer Disbursements: | $52,996.58 |

**For the entire history of the account between 12/22/2021 to 9/30/2022**

| | |
|---|---|
| Total Compensable Receipts: | $112,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $112,000.00 |
| Total Internal/Transfer Receipts: | $52,996.58 |
| | |
| Total Compensable Disbursements: | $61,474.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $61,474.09 |
| Total Internal/Transfer Disbursements: | $52,996.58 |

/s/ DOUGLAS S. ELLMANN

DOUGLAS S. ELLMANN